JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER VILLA MENA,

              Petitioner,

      v.

JOSHUA JOHNSON, *et al.*,

              Respondents.

Case No. ED CV 26-1758-DMG (RAO)

**JUDGMENT**

Pursuant to the Court's Order Granting *In Forma Pauperis* Request and Petition for Habeas Corpus and Denying Pending Motions as Moot filed concurrently herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

**IT IS SO ORDERED.**

DATED:  April 20, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

-1-